CRAIG W. CARLSON†Σ
STEVEN N. WALDEN+
JARED STENBERG 1971−2010
EDNA G. ELIZONDO
VICKI L. CARLSON
ROBERT L. RANCO
MICHAEL G. ERSKINE
DREW GIBBS
JULIE PESCHEL
SCOTT R. CRIVELLI ᵃ
L. TODD KELLY ᵛ
KATHRYN L. KNOTTS
CASSANDRA F. CHARLES
SAVANNAH N. STROUD
RENEE M. KUHL
NATHAN P. KENNEDY ᵃ
STEPHEN S. DUMMITT
DOMINIC M.V. BRAUS
ROBBYE D. BRYAN
ROBERTO FLORES
JAMES E. STEPHENSON ᵀ
KENT KIRKPATRICK
TAD ALLEN
EMILY M. YOUNG
KIARA Y. MARTINEZ
JAIME M. LYNN
JOHN W. HODGES, JR. †
BRITTANY COBURN
REKHA AKELLA

# THE CARLSON LAW FIRM, P.C.

400 WEST JASPER DRIVE
KILLEEN, TEXAS 76542
PHONE (254) 526-5688
FAX (254) 526-8204

July 24, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/24/2015 1:24:26 PM
KEITH E. HOTTLE
Clerk

**VIA EMAIL**: btreynolds@btrlaw.com
Brett Reynolds & Associates PC
Attn: Brett Reynolds
1250 N.E. Loop 410
San Antonio, Texas 78209

RE:    Mario Flores v. Autozone, Inc. & Autozoners L.L.C.
D/B/A Autozone #3115; cause no. DC-15-6

Dear Mr. Reynolds:

This letter is to confirm that Plaintiff has been granted an extension to file his response to Defendants' appellate brief. Plaintiff's response to Autozone & Autozoners L.L.C's appellate brief will be due August 16, 2015.

If you are in agreement with the above, please sign this correspondence where indicated and return to my office for filing with the court. Please do not hesitate to call my office if you have any questions.

Very Truly,

*Kiara Martinez*

Brett Reynolds

Date 7/24/15

AUSTIN
11606 NORTH INTERSTATE 35
SOUTH AUSTIN
2800 SOUTH INTERSTATE 35
BRYAN/COLLEGE STATION
1121 BRIARCREST DRIVE
KILLEEN
400 WEST JASPER ROAD
LAREDO
5112 McPHERSON
ROUND ROCK
1717 NORTH INTERSTATE 35
SAN ANTONIO
6100 BANDERA ROAD
SOUTH SAN ANTONIO
618 SOUTHWEST MILITARY DRIVE
TEMPLE
3000 SOUTH 31ˢᵀ STREET
WACO
1105 WOODED ACRES DRIVE

LICENSED IN
†  TEXAS & NEBRASKA
+  TEXAS & GEORGIA
ᵃ  TEXAS & NEW YORK
ᵃ  TEXAS & COLORADO
Σ  ARKANSAS FEDERAL COURT
ᵛ  TEXAS, OKLAHOMA, VIRGINIA
&  PENNSYLVANIA
ᵀ  TEXAS & OHIO

ALL OTHER ATTORNEYS
ARE LICENSED IN TEXAS